FILED
02 JUN 28 PM 5: 07
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUN 28 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| LAPARRIS DENT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CV-01-TMP-0507-J |
| OSCAR W. ADAMS, ET AL., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 13, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed because plaintiff seeks monetary damages from defendants who are immune from such relief and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and (2). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed because plaintiff seeks monetary damages from defendants who are immune from such relief and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

DATED this 28th day of June, 2002.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

7